THE PEOPLE ex rel. GEORGE W. SAYRE, Appellant, *v.* CHARLES
F. McLEAN et al., Comrs., etc., Respondents.

(Argued December 14, 1891; decided January 20, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made July 21, 1890,
which sustained the proceedings of the commissioners of the
police department of the city of New York upon return to a
writ of certiorari.

*Louis J. Grant* for appellant.

*David J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.